**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 26-48-DLB**

**ISLOMBEK MATKARIMOV**                                                  **PETITIONER**

**v.**                                            **ORDER**

**KRISTI NOEM, et al.,**                                                  **RESPONDENTS**

* * * * * * * * * *

Petitioner Islombek Matkarimov, through counsel, recently filed a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Doc. # 1).  On March 12, 2026, this Court granted the Petition, ordering Respondents to immediately release Petitioner, or in the alternative, provide him with a bond hearing.  (Doc. # 10).  Petitioner then filed a Motion seeking this Court to enforce its previous Order.  (Doc. # 11).  In his Motion, Petitioner alleged that the Immigration Judge "adjourned the bond hearing and declined to issue a decision that day" and that "to day, no decision from the immigration judge has issued and no new hearing has been scheduled."  (*Id.*).  Petitioner asked this Court to "require Respondents to immediately release Petitioner from immigration custody, before close of business today." (*Id*. at 1).  The Court declined to order Respondents to immediately release Petitioner, instead, issuing a Show Cause Order directing Respondents to file a status report.  (Doc. # 12).

On March 23, 2026, Respondents submitted a status Report indicating that the Immigration Court had issued its decision that same day.  (Doc. # 13).  Respondents submitted the Order of Immigration Judge Kelly Johnson who concluded that after a "full

1

consideration of the evidence presented" bond would be denied on the grounds that Petitioner did not present adequate evidence that would "ensure [his] appearance at future immigration hearings and, if necessary, surrender for removal from this country." (Doc. # 13-1 at 1-3).

Accordingly, because the Immigration Court held a hearing on March 17, 2026, and the Immigration Judge issued his Order denying bond on March 23, 2026, Petitioner's Motion to Enforce Judgment (Doc. # 11) is hereby **DENIED**.

This 24th day of March, 2026.

Signed By:

David L. Bunning

Chief United States District Judge

2